UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 2:14-CR-73(02) |
| ) | |
| MICHAEL A. FREEMAN ) | |

### O R D E R

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated August 14, 2015. [Doc. 63]. The defendant has filed no objections to this report. After careful consideration of the Report and Recommendation of the United States Magistrate Judge, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the Motion to Quash Indictment, [Doc.30], filed by the defendant is **DENIED.**

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE